IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
Tel:  818 325-2888
Fax: 818 325-2890
Email: ireneruzin@gmail.com

Attorney for Plaintiff, TOMAS FREDY DELGADO,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TOMAS FREDY DELGADO, | ) Case No.: CV  19-02480 MRW |
| Plaintiff, | ) [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | ) |
| ANDREW SAUL, Commissioner of Social Security, | ) MICHAEL R. WILNER UNITED STATES MAGISTRATE JUDGE |
| Defendant. | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of FIVE THOUSAND FIVE HUNDRED DOLLARS ($5,500.00) (the "AGREED AMOUNT") as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: March 10, 2020

_____
MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE